1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DONN DAGDAG QUINTOS,                 )          Case No.: C-12-01132 PSG
                                     )
                Plaintiff,           )          **ORDER TO SHOW CAUSE**
        v.                           )
                                     )
                                     )
WASHINGTON MUTUAL FSB, ET AL.,)
                                     )
                Defendants.          )
_____)

On June 12, 2012, a case management conference was scheduled to be held. None of the

parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than July 17, 2012, Plaintiff Dagdag Quintos

("Quintos") is ordered to show cause in writing why the case should not be dismissed for failure

to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to

Case No.: C 12-1132 PSG
ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

     IT IS SO ORDERED.

Dated: June 13, 2012

                         PAUL S. GREWAL
                         United States Magistrate Judge

Case No.: C 12-1132 PSG
ORDER TO SHOW CAUSE