UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONN DAGDAG QUINTOS,<br><br>        Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL FSB, ET AL.,<br><br>        Defendants. | Case No.: C 12-01132 PSG<br><br>**REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE; REPORT AND RECOMMENDATION RE DISMISSAL** |

On June 13, 2012, the court ordered Plaintiff Donn Dagdag Quintos to show cause by July 17, 2012 why the case should not be dismissed for failure to prosecute. To date, Plaintiff has not filed any response. With the consent to magistrate judge jurisdiction of all parties that have appeared the court would ordinarily proceed to dismiss the case with prejudice. But here, Plaintiff has appeared but not yet tendered any consent. Accordingly,

IT IS HEREBY ORDERED that the case should be reassigned to a U.S. District Judge with a recommendation that the case be dismissed with prejudice. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-631 (1962).

**IT IS SO ORDERED**.

Dated: 9/10/2012

                                    PAUL S. GREWAL
                                    United States Magistrate Judge

Case No.: C 12-1132
REQUEST FOR REASSIGNMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-1132
REQUEST FOR REASSIGNMENT